THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK A. FLYNN, Appellant.

(Argued November 25, 1935; decided January 7, 1936.)

*Joseph Lonardo, Albert E. Short* and *James Fitzgerald* for appellant.

*Charles P. Sullivan,* District Attorney (*Mordecai Konowitz* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.